UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ERIN CANIK** | **CIVIL ACTION NO. 22-04484** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **AMERICAN BANKERS INSURANCE CO. OF FLORIDA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and abide by the orders of the Court.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 10th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE